UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:13-CR-17-TLS |
| | ) | |
| CURTIS WITTMER | ) | |

**OPINION AND ORDER**

On December 12, 2014, the Defendant filed a Motion for Return of Personal Property [ECF No. 57], in which he requests the return of $44,300.00 seized by the Government as a result of a drug investigation in this matter. On December 24, 2014, the Government filed a Response [ECF No. 58], contending that the requested property has already been returned to the Defendant by way of an electronic transfer to the Defendant's bank account. The Defendant has not filed a reply to the Government's Response.

The Court gives the Defendant up to and including Monday, February 16, 2015, to respond for the purpose of identifying any portion of the Government's factual allegations to which he disagrees, and to identify the remaining factual disputes that may exist. The Defendant should specifically explain the basis for any disagreement and identify any person who can support his representations regarding the status of the property at issue.

SO ORDERED on January 7, 2015.

                                                  s/ Theresa L. Springmann
                                                  THERESA L. SPRINGMANN
                                                  UNITED STATES DISTRICT COURT